No. 222. JOHN BARTON PAYNE, AGENT, ETC., ET AL. *v.* INDUSTRIAL BOARD OF ILLINOIS ET AL. Error to the Circuit Court of Coles County, State of Illinois. Argued April 25, 1922. Decided May 1, 1922. *Per Curiam.* Dismissed for want of jurisdiction. Act of February 8, 1899, c. 121, 30 Stat. 822; *LeCrone* v. *McAdoo,* 253 U. S. 217, 219. *Mr. George B. Gillespie, Mr. H. N. Quigley, Mr. Leonard J. Hackney* and *Mr. James Vause, Jr.,* for plaintiffs in error, submitted. *Mr. Michael M. Doyle,* with whom *Mr. Bryan H. Tivnen* and *Mr. Thomas R. Figenbaum* were on the brief, for defendants in error.

———

No. 228. KEOKUK & HAMILTON BRIDGE COMPANY *v.* PEOPLE OF THE STATE OF ILLINOIS EX REL. JOHN H. McCALLISTER, COUNTY TREASURER, ETC. Error to the Supreme Court of the State of Illinois. Submitted April 28, 1922. Decided May 1, 1922. *Per Curiam.* Dismissed for want of jurisdiction. § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. F. T. Hughes* for plaintiff in error. *Mr. Lee Siebenborn* and *Mr. Clifton J. O'Harra* for defendant in error.

———

No. 216. CLEVE EDWARDS *v.* STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. Submitted April 24, 1922. Decided May 1, 1922. *Per Curiam.* Affirmed upon authority of *Vigliotti* v. *Pennsylvania, ante,* 403. *Mr. Carl N. Davie* for plaintiff in error. *Mr. George M. Napier* and *Mr. Seward M. Smith* for defendant in error.

———

No. 226. WILLARD M. LINDSEY *v.* J. WESTON ALLEN, ATTORNEY GENERAL OF THE STATE OF MASSACHUSETTS,